PATRICK D. MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON
75 Southgate Avenue
Daly City, CA 94015
Telephone:     (415) 213-4098

Attorneys for
CITY OF SAN LEANDRO, CITY OF SAN LEANDRO POLICE DEPARTMENT, ABDUL D. PRIDGEN NEIL GOODMAN, CALEB SCHWITTERS,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STIPE CIKES,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF SAN LEANDRO, CITY OF SAN LEANDRO POLICE DEPARTMENT, SAN LEANDRO POLICE CHIEF ABDUL D. PRIDGEN, SAN LEANDRO POLICE OFFICER NEIL GOODMAN, SAN LEANDRO POLICE OFFICER CALEB SCHWITTERS, SAN LEANDRO POLICE OFFICER ISMAEL NAVARRO AND DOES 4-25,<br><br>           Defendants. | Case No. 4:22-cv-02572-DMR<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE**<br><br>Hon. Donna M. Ryu |

**TO THE COURT AND ALL ATTORNEYS OF RECORD**:

By and through their counsel of record in this action, Plaintiff STIPE CIKES ("Plaintiff"), by and through his attorneys, and Defendants CITY OF SAN LEANDRO, CITY OF SAN LEANDRO POLICE DEPARTMENT, ABDUL D. PRIDGEN, NEIL GOODMAN, and CALEB SCHWITTERS, ("Defendants"), by and through their attorneys, hereby stipulate as follows:

1. WHEREAS, this matter is currently scheduled for Trial on February 12, 2024. (Doc. 18).

2. WHEREAS, On August 17, 2023, the Court issued an order granting the parties' request for stipulated extensions. (Doc. 45). As a result, the close of fact discovery was set for September 12, 2023, the deadline for expert witness disclosures was set for September 12, 2023, the deadline for rebuttal expert disclosures was set for September 26, 2023, and the close of expert discovery was set for November 10, 2023.

3. WHEREAS, Plaintiff has disclosed 8 experts and Defendants have disclosed 4 experts.

4. WHEREAS, Plaintiff's counsel is set for unavailable due to a medical procedure from October 19, 2023 through November 6, 2023.

5. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the cut-off for Expert Witness discovery to December 6, 2023.

1. WHEREAS, The parties submit that good cause exists for this continuance. There has been one prior continuance.

2. WHEREAS, the parties request the Court to amend the case schedule as follows.

| | |
|---|---|
| Expert Discovery cut off | December 6, 2023 |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 29, 2023

CASTILLO, MORIARTY,
TRAN & ROBINSON, LLP

By: /s/ John B. Robinson
PATRICK D. MORIARTY
JOHN B. ROBINSON
Attorneys for Defendants
CITY OF SAN LEANDRO, ABDUL D. PRIDGEN, NEIL GOODMAN, CALEB SCHWITTERS

///
///
///
///

Dated: September 29, 2023

        HELBRAUN LAW FIRM

        By: */s/ David M. Helbraun*
            DAVID M. HELBRAUN
            Attorney for Plaintiff
            STIPE CIKES

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 3, 2023

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge